Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

MAY 12, 2011

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SABIR SHABAZZ,

    Defendant.

CR11-5246 BHS

INDICTMENT

The Grand Jury charges that:

## COUNT 1

**(Conspiracy to Engage in Sex Trafficking of Minors)**

In or around July 2010, and continuing through in or about September 2010, within the Western District of Washington and elsewhere, SABIR SHABAZZ, Shadina Rice, and others known and unknown, in and affecting interstate and foreign commerce, did knowingly conspire and agree with each other to commit offenses against the United States set forth in Title 18, United States Code, Sections 1591(a)(1) and 1591(a)(2), as to juvenile females JV-1 and JV-2, that is,

    a.    To recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, JV-1 and JV-2, and,

      b.      To benefit financially and receive anything of value from participation in a venture which is intended to recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, JV-1 and JV-2, with knowledge and in reckless disregard of the fact that JV-1 and JV-2 had not attained the age of 18 years old, and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), and 1594(c).

## COUNT 2

### (Sex Trafficking of a Minor)

In or around about July 2010, and continuing through in or about September 2010, in Pierce County, within the Western District of Washington, and elsewhere, SABIR SHABAZZ knowingly, in and affecting interstate and foreign commerce, and aiding and abetting others, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means, JV-1, and, did benefit financially and receive anything of value from participation in a venture which was intended to recruit, entice, harbor, transport, provide, and obtain JV-1, with knowledge and in reckless disregard of the fact that JV-1 had not attained the age of 18 years old, and would be caused to engage in a commercial sex act.

The Grand Jury alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1 above.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), 1591(a)(2), and 1591(b)(1).

## COUNT 3

### (Sex Trafficking of a Minor)

In or around July 2010 and continuing through in or about September 2010, in Pierce County, within the Western District of Washington, and elsewhere, SABIR SHABAZZ knowingly, in and affecting interstate and foreign commerce, and aiding and abetting others, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means, JV-2, and did benefit financially and receive anything of value from participation

INDICTMENT/SHABAZZ - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  in a venture which was intended to recruit, entice, harbor, transport, provide, obtain, and
2  maintain JV-2, with knowledge and in reckless disregard of the fact that JV-2 had not
3  attained the age of 18 years old, and would be caused to engage in a commercial sex act.
4      The Grand Jury alleges that this offense was committed during and in furtherance
5  of the conspiracy charged in Count 1 above.
6      All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), 1591(a)(2),
7  and 1591(b)(1).

A TRUE BILL:

DATED: 5/12/11

Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.

_____
FOREPERSON

_____
JENNY A. DURKAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
BRUCE F. MIYAKE
Assistant United States Attorney

INDICTMENT/SHABAZZ - 3